IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. **08-30155-CJP** |
| | ) | |
| **BRIAN POTTER,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

For good cause shown, the Government's Motion to Dismiss **(Doc. 19)** is **GRANTED**.

The Information is dismissed as to defendant Brian Potter, and said defendant's bond is discharged.

The Clerk of Court shall enter final judgment and close this case.

**IT IS SO ORDERED.**

**DATED: March 8, 2010.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**