IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) NO. 08-30155-CJP |
| BRIAN POTTER and SAMUEL POTTER, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CRIMINAL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed in accordance with Orders entered by United States Magistrate Judge Clifford J. Proud, on May 15, 2009, (**Doc. 15**) and March 8, 2010, (**Doc. 21**).

**DATED** this 17th day of March, 2010

NANCY J. ROSENSTENGEL, CLERK

BY: S/ Angela Vehlewald
    Deputy Clerk

**Approved by**    S/ Clifford J. Proud
            **United States Magistrate Judge
            Clifford J. Proud**